UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

Richard Tobing

                Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-41680-cec
(Chapter 13)

Assigned to:
Hon. Carla E. Craig
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Ditech Financial LLC in the within proceeding with regard to its interest in the property known as 273 Gordon Street, Staten Island, NY 10304.

     Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    April 12, 2018
               Williamsville, New York

                                          Yours,
                                          GROSS POLOWY, LLC
                                          Attorneys for Ditech Financial LLC

*/s/ Ehret Van Horn/*

Ehret Anne Van Horn, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Telephone (716)204-1700

TO:
   Richard Tobing          Pro-Se
   217 Oakwood Avenue
   Staten Island, NY 10301

By ECF:

   Clerk, United States Bankruptcy Court
   Eastern District Of New York

   Michael J. Macco, Esq.     Chapter 13 Trustee